John. D. Pinzone
Email: jpinzone@mrrlaw.com
Direct Dial: (440) 287-8322

January 7, 2022

<u>Via U.S. Mail and email</u>
Name
Address

***Re:    Shawn and Michelle Jordan, individually and on behalf of their minor daughter I.J. v. Huron City School District, et al.***
United States District Court, Northern District of Ohio
Western Division Case No. 21 CV 587
Judge: Jack Zouhary

Dear (name of custodial parent of minor child):

As counsel for the Huron City School District Defendants in the above matter, we received a written request for documents from the Plaintiffs. The requested documents would include education records of your minor child.

Under the Family Education Rights and Privacy Act (FERPA), 20 U.S.C. Section 1232g, and pursuant to the attached Court Order, you have the right to reasonable notification and an opportunity to object to the release of the requested educational records. This letter is considered reasonable notification. You have fourteen (14) days from the date of this letter to provide written consent, or a written objection to the disclosure of these records. Any written objection will be reviewed by the Court pursuant to the attached Order. The written consent or objection should be sent via email (jpinzone@mrrlaw.com) and/or regular mail to me at the address below:

    Mr. John D. Pinzone
    Mazanec, Raskin & Ryder Co., L.P.A.
    34305 Solon Road
    Cleveland, Ohio 44139

If your written objection is not received within 14 days, the education records will be disclosed as outlined in the Court Order and in compliance with federal and state law. Please call me (440-287-8322) with any questions.

Very truly yours,

MAZANEC, RASKIN & RYDER CO., L.P.A.


John D. Pinzone

John. D. Pinzone
Email: jpinzone@mrrlaw.com
Direct Dial: (440) 287-8322

January 7, 2022

<u>Via U.S. Mail and email</u>
Name
Address

***Re:*** ***Robert and Rachelle Crabtree, individually and on behalf of their minor daughter E.C. v. Huron City School District, et al.***
United States District Court, Northern District of Ohio
Western Division Case No. 21 CV 805
Judge: Jack Zouhary

Dear (name of custodial parent of minor child):

As counsel for the Huron City School District Defendants in the above matter, we received a written request for documents from the Plaintiffs. The requested documents would include education records of your minor child.

Under the Family Education Rights and Privacy Act (FERPA), 20 U.S.C. Section 1232g, and pursuant to the attached Court Order, you have the right to reasonable notification and an opportunity to object to the release of the requested educational records. This letter is considered reasonable notification. You have fourteen (14) days from the date of this letter to provide written consent, or a written objection to the disclosure of these records. Any written objection will be reviewed by the Court pursuant to the attached Order. The written consent or objection should be sent via email (jpinzone@mrrlaw.com) and/or regular mail to me at the address below:

> Mr. John D. Pinzone
> Mazanec, Raskin & Ryder Co., L.P.A.
> 34305 Solon Road
> Cleveland, Ohio 44139

If your written objection is not received within 14 days, the education records will be disclosed as outlined in the Court Order and in compliance with federal and state law. Please call me (440-287-8322) with any questions.

Very truly yours,

MAZANEC, RASKIN & RYDER CO., L.P.A.

John D. Pinzone